AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
NOV - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

_Miles N. Holloman_

**WAIVER OF INDICTMENT**

CASE NUMBER: _06-311_

I, _Miles N. Holloman_, the above named defendant, who is accused of

_Conspiracy to commit 18 USC 1029 Access Device Fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 6, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_David Carey Hall_
Counsel for Defendant

Before _Rosemary M Colly_
Judicial Officer

_6 Nov 2006_