UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.: 06-311 (RMC) |
| | : | |
| **MILES N. HOLLOMAN,** | : | |
|     **Defendant** | : | |
| | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER

The Government and Defendant, MILES N. HOLLOMAN, hereby jointly move this Honorable Court to amend its Judgment and Commitment Order for the following reasons:

1. The present Judgment and Commitment Order provides *inter alia* that the Defendant serve seventy-seven (77) months of incarceration on Count One of the Indictment in Crim. No. 05-92, charging him with a violation of 18 U.S.C. §371 (Conspiracy) and seventy-seven (77) months of incarceration on Count One of the Information in Crim. No. 06-311, charging him with a violation of 18 U.S.C. §371 (Conspiracy), said terms of imprisonment to run concurrently.

2. The maximum term of imprisonment for violation of the provisions of 18 U.S.C. §371 is five (5) years. Thus each term of imprisonment imposed by the Court exceeds the maximum term authorized by seventeen (17) months.

3. It is clear that the Court intended to impose an overall term of imprisonment on both counts of seventy-seven (77) months, which matches the low end of the agreed upon offense level of 24, Criminal History Category IV.

WHEREFORE, in view of the above premises, it is respectfully moved that the Court amend its Judgment and Commitment Order to provide for a term of imprisonment of thirty-eight (38) months on Count One in Crim No. 05-92 and thirty-nine (39) months on Count One in Crim. No.

06-311, said sentences to run consecutively to each other. In all other respects the Judgment and Commitment Order should remain in effect.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney for
                the District of Columbia

                _____/s/_____
                By: VIRGINIA CHEATHAM
                Assistant United States Attorney
                Bar No. 411980
                555 4th Street, N.W.
                Washington, D. C. 20530
                202-514-9732
                Counsel for the Government

                _____/s/_____
                DAVID CAREY WOLL
                Bar No. 047423
                11501 Georgia Avenue, Suite 201
                Wheaton, MD 20902
                301-933-6962
                Counsel for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No.: 06-311 (RMC) |
| : | |
| **MILES N. HOLLOMAN,** : | |
| **Defendant** : | |
| : | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the parties' joint motion to amend the Judgment and Commitment Order, it is this 2nd day of February, 2007 hereby

GRANTED, and the Judgement and Commitment Order shall be amended to provide for a term of imprisonment of thirty-eight (38) months on Count One in Crim No. 05-92 and thirty-nine (39) months on Count One in Crim. No. 06-311, said sentences to run consecutively to each other. In all other respects the Judgment and Commitment Order should remain in effect

_____

UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

David Carey Woll, Esq.
Woll & Woll, P.A.
11501 Georgia Avenue, Suite 201
Wheaton, Maryland 20902