UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Crim. No.: 06-311 (RMC)
:
MILES N. HOLLOMAN,  :
Defendant  :
:
\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties' joint motion to amend the Judgment and Commitment Order, it is this 2nd day of February, 2007 hereby

GRANTED, and the Judgement and Commitment Order shall be amended to provide for a term of imprisonment of thirty-eight (38) months on Count One in Crim No. 05-92 and thirty-nine (39) months on Count One in Crim. No. 06-311, said sentences to run consecutively to each other. In all other respects the Judgment and Commitment Order should remain in effect

_____
UNITED STATES DISTRICT JUDGE

5 Feb. 2007

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

David Carey Woll, Esq.
Woll & Woll, P.A.
11501 Georgia Avenue, Suite 201
Wheaton, Maryland 20902